# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

       Plaintiff-Respondent,

  vs.                                          CIVIL NO. 08-946 JEC/LFG
                                                   CRIM. NO. 05-246 JEC

RAMON CAMPOS-GUEL,

       Defendant-Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
## AND RECOMMENDED DISPOSITION
## AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Findings and Recommended Disposition, filed February 19, 2009 [Doc. 6]. Defendant-Movant Ramon Campos-Guel did not file objections, and the deadline for filing objections has passed. The Court accepts the Magistrate Judge's report and recommendation of dismissal with prejudice.

IT IS HEREBY ORDERED that the United States Magistrate Judge's Findings and Recommended Disposition are adopted by the Court.

IT IS FURTHER ORDERED that Defendant-Movant Campo's § 2255 motion to vacate is denied and that this matter is dismissed with prejudice.

                                                                s/John Edwards Conway

                                                        _____
                                                        SENIOR UNITED STATES DISTRICT JUDGE